IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Sulit, Sheralyn S | Case Number: 05 B 24587 |
| | Judge: Squires, John H |
| Printed: 9/3/08 | Filed: 6/21/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 7, 2008
Confirmed: August 24, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 21,275.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 18,378.22 |
| Priority: | | 0.00 |
| Administrative: | | 1,200.00 |
| Trustee Fee: | | 1,121.78 |
| Other Funds: | | 575.00 |
| Totals: | 21,275.00 | 21,275.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 1,200.00 | 1,200.00 |
| 2. | Discover Financial Services | Unsecured | 1,477.78 | 1,962.97 |
| 3. | ECast Settlement Corp | Unsecured | 2,893.07 | 3,842.84 |
| 4. | Resurgent Capital Services | Unsecured | 4,954.45 | 6,581.07 |
| 5. | Resurgent Capital Services | Unsecured | 4,510.49 | 5,991.34 |
| 6. | HSBC Bank USA | Secured | | No Claim Filed |
| 7. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 8. | MBNA America | Unsecured | | No Claim Filed |
| | | | $ 15,035.79 | $ 19,578.22 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 347.87 |
| 5% | 86.24 |
| 4.8% | 165.59 |
| 5.4% | 372.60 |
| 6.5% | 149.48 |
| | $ 1,121.78 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Sulit, Sheralyn S

Printed:  9/3/08

Case Number:  05 B 24587
Judge:  Squires, John H
Filed:  6/21/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

